```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN JARONCZYK, as President of the
Nassau County Sheriff's Correction Officers          SHORT ORDER
Benevolent Association, Inc., and the NASSAU         12-CV-2568 (ADS)(GRB)
COUNTY SHERIFF'S CORRECTION OFFICERS
BENEVOLENT ASSOCIATION, INC.

                    Plaintiffs,

        -against-

EDWARD MANGANO, in his official capacity
as County Executive of Nassau County,
COUNTY OF NASSAU,

                    Defendants.
----------------------------------------------------------X
DANNY DONOHUE, as President of the Civil
Service Employees Association, Inc., AFSCME,
AFL-CIO, JERRY LARICCHIUTA, as Local
President of CSEA Nassau County Local 830,
and the CIVIL SERVICE EMPLOYEES
ASSOCIATION, INC. Local 1000, AFSCME,
AFL-CIO,

                    Plaintiffs,

        -against-                   '

EDWARD MANGANO, in his official capacity
as County Executive of Nassau County,
NASSAU COUNTY LEGISLATURE,
GEORGE MARAGOS, in his official capacity
as Nassau County Comptroller, and the
COUNTY OF NASSAU,

                    Defendants.
----------------------------------------------------------X
JAMES CARVER, individually and as President
of the Police Benevolent Association of the Police
Department of the County of Nassau, Inc.,
POLICE BENEVOLENT ASSOCIATION OF
THE POLICE DEPARTMENT OF THE COUNTY
OF NASSAU, INC., GARY LEARNED, individually
```

and as President of the Superior Officers Association,
Police Department, County of Nassau, Inc.,
SUPERIOR OFFICERS ASSOCIATION, POLICE
DEPARTMENT, COUNTY OF NASSAU, INC.,
GLENN CICCONE, individually and as President
of the Detectives' Association, Inc. of the Police
Department of the County of Nassau, and the
DETECTIVES' ASSOCIATION, INC. OF THE
POLICE DEPARTMENT OF THE COUNTY
OF NASSAU,

      Plaintiffs,

 -against-

COUNTY OF NASSAU, EDWARD MANGANO,
in his official capacity as County Executive of
Nassau County, the NASSAU COUNTY
LEGISLATURE, PETER SCHMITT in his
official capacity as Presiding Officer of the Nassau
County Legislature, and GEORGE MARAGOS,
in his official capacity as Nassau County
Comptroller,

      Defendants.
-----------------------------------------------------------X

**APPEARANCES:**

**KOEHLER & ISAACS, LLP**
*Attorneys for the Plaintiffs John Jaronczyk*
*As President of the Nassau County Sheriff's Correction Officers Benevolent Association, Inc.,*
*and the Nassau County Sheriff's Correction Officers Benevolent Association, Inc.*
61 Broadway
25th Floor
New York, NY 10006
  By: Howard Gary Wien, Esq., Of Counsel

**CIVIL SERVICE EMPLOYEES ASSOCIATION**
*Attorneys for the Plaintiffs Danny Donohue, as President of the Civil Service Employees Association, Inc., AFSCME, AFL-CIO, Jerry Laricchiuta, as Local President of CSEA Nassau County Local 830, Civil Service Employees Association, Inc. Local 1000, AFSCME, AFL-CIO*
143 Washington Avenue
Box 7125, Capitol Station
Albany, NY 12210
    By:    Daren J. Rylewicz, Esq.
            Steven A. Crain, Esq.
            Aaron Edward Kaplan
            Miguel G. Ortiz, Esq., Of Counsel

**GREENBERG, BURZICHELLI & GREENBERG**
*Attorneys for the Plaintiffs James Carver, individually and as President of the Police Benevolent Association of the Police Department of the County of Nassau, Inc., Police Benevolent Association of the Police Department of the County of Nassau, Inc., Gary Learned, individually and as President of the Superior Officers Association, Police Department, County of Nassau, Inc., Superior Officers Association, Police Department, County of Nassau, Inc., Glenn Ciccone, individually and as President of the Detectives' Association, Inc. of the Police Department of the County of Nassau, and Detectives' Association, Inc. of the Police Department of the County of Nassau*
3000 Marcus Avenue, Suite 17
Lake Success, NY 11042
    By:    Linda N. Keller, Esq..
            Seth H. Greenberg, Esq., Of Counsel

**OFFICE OF THE NASSAU COUNTY ATTORNEY**
*Attorneys for the Defendants*
One West Street
Mineola, NY 11501
    By:    Barbara E. Van Riper, Assistant County Attorney

**MINORITY COUNSEL for the NASSAUCOUNTY LEGISLATURE**
*Attorneys for the Movant Minority Caucus, Nassau County Legislature*
1550 Franklin Avenue, Rm 132
Mineola, NY 11501
    By:    Peter James Clines, Esq., Of Counsel

**SPATT, District Judge:**

        Presently before the Court is a motion for a preliminary injunction filed by the Plaintiffs to enjoin the implementation of Nassau County Local Law No. 8-2012, also known as Clerk Item No. 315-2012, asserting that it violates the Plaintiffs' fundamental constitutional rights

secured by Article I, Section 10 of the United States Constitution, as well as other state statutory provisions.

It has been brought to the Court's attention through papers submitted by the parties that one set of plaintiffs—John Jaronczyk, as President of the Nassau County Sherriff's Correction Officers Benevolent Association, Inc., and the Nassau County Sherriff's Correction Officers Benevolent Association, Inc.—have initiated an action in the Supreme Court of the State of New York, County of Nassau, against the same Defendants as in the present action and raised almost identical state law causes of action. In addition, the Defendants have provided the Court with a copy of an Order to Show Cause, signed by the Honorable Robert A. Bruno on June 11, 2012, directing the County of Nassau to show cause why an Order should not be entered enjoining the County, the County Legislature, and Presiding Officer Peter Schmitt from taking any further actions with respect to Local Law 315-2012.

Therefore, John Jaronczyk, as President of the Nassau County Sherriff's Correction Officers Benevolent Association, Inc., and the Nassau County Sherriff's Correction Officers Benevolent Association, Inc., are directed to file a letter with this Court on or before August 10, 2012, explaining if the New York State action has been discontinued, and if not, advising the Court of the current status of the New York State action, Index No. 7391/12.

**SO ORDERED.**

Dated: Central Islip, New York
August 6, 2012

                                            _____/s/ Arthur D. Spatt_____
                                                 ARTHUR D. SPATT
                                       United States District Judge